UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE JOSEPH LONGACRE,

        Plaintiff,                                Case No.  2:12-CV-88

v.                                       Hon. Gordon J. Quist

RICK SNYDER, et al.,

        Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on January 9, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 9, 2013, is approved and adopted as the opinion of the Court.

       **IT IS FURTHER ORDERED** that Defendants' Motions For Summary Judgment (docket nos. 13, 16 and 21) are **GRANTED**, and Plaintiff's complaint is **dismissed without prejudice** for failure to exhaust administrative remedies.

       A separate judgment will issue.

       This case is **concluded**.

Dated:  February 8, 2013                       /s/ Gordon J. Quist
                                           GORDON J. QUIST
                                     UNITED STATES DISTRICT JUDGE